COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/90)

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Houston_ DIVISION

FEB 15 2000

Michael N. Milby, Clark

_Thomas Titus Tory #378779_
Plaintiff's name and ID Number

B-00-51

_Dominguez State Jail, TDCJ_
Place of Confinement

H-00-0500

CASE NO._____
(Clerk will assign the number)

v. _R. Escamilla, Correctional officer_
_1695 S. Buffalo dr._
_Raymondville, Texas 78580_
Defendant's name and address

_____
Defendant's name and address

_____
Defendant's name and address
( DO NOT USE "ET AL.")

I.  PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   ___YES  ✓NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court (If federal, name the district; if state, name the county)_____
      4. Docket Number:_____
      5. Name of judge to whom case was assigned:_____
      6. Disposition: (Was the case dismissed, appealed, still pending?)
         _____
      7. Approximate date of disposition:_____

ATC1983 (Rev.04/98)                         2

II. **PLACE OF PRESENT CONFINEMENT:** Dominguez State Jail, TDCJ

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THIS SUIT:**

A. Name and address of plaintiff: Thomas T. Tory #378779 6535 Cagnon rd. K4F-3, San Antonio, Tx. 78252

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: R. Escamilla - Correctional off., Willacy state Jail, 1695 S. Buffalo dr., Raymondville, Tx. 78580

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Failed to take reasonable measures to prevent harm.

Defendant #2 _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Defendant was delibertely indifferent to my safety in violation of my rights under

ATC1983 (Rev.04/98)            3

the eighth amendment. On 9-20-99, I was confined at the Willacy State Jail, and at 1:00am, I was assaulted while sleep in bed by a inmate and eight (8) of his gang members with a can of mackerel fish used as the weapon. Officer R. Escamilla, the supervising officer on duty that night, allowed the gang members to get out of their beds and put on their clothes, Continued on additional page →

**VI. RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. compensatory and punitive damages for physical and emotional harm $200,000.00. Temporary restraining order to prevent harassment, retaliation, or transfers to prevent litigation before two year transfer facility expiration date.

**VII. BACKGROUND INFORMATION:**

    A. State, in complete form, all names you have ever used or been known by including any and all aliases:
_____

    B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
_119964 Ohio Prison System_____

**VIII. SANCTIONS:**

    A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

    B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

        1. Court that imposed sanctions (if federal, give the district and division): _____

        2. Case Number:_____

        3. Approximate date sanctions were imposed:_____

        4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

    C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ____NO

    D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

ATC1983 (Rev. 04/98)                           4

shoes, and assault me in violation of the unit's 10:00 pm rack-time policy. On the Willacy Co. State Jail, theres a history of gang assaults during the night after rack-time. Therefore, officer R. Escamilla was aware that an assault was transpiring, however, Officer R. Escamilla failed to take reasonable measures to protect me from harm. As a result of the assault, I suffered a larceration in my head, and had to endure and incredible amount of pain, loss of blood, and had to recieve stiches from the unit's infirmary to close the wound in my head. I also recieved a fractured skull as a result of the assault.

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case Number: _____
3. Approximate date warnings were imposed: _____

Executed on: _2-7-2000_
           (DATE)

*Thomas Titus Toy*
*TDCJ #378779*
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this _7th_ day of _Feb._, _2000_
    (Day)         (month)      (year)

*Thomas Titus Toy*
*TDCJ #378779*
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

ATC1983 (Rev.04/98)        5



Texas Department of Criminal Justice

# STEP 2
PASO 2

## OFFENDER GRIEVANCE FORM
Forma Para Quejas de los Preso

Offender Name: Thomas Tory    TDCJ #: 378779

Unit: Dominguez    Housing Assignment: K2E-5

Unit where incident occurred: Willacy State Jail

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente
Grievance #: _____
UGI Rec'd Date: _____
HQ Rec'd Date: _____
Date Due: _____
Grievance Code: _____
Investigator Number: _____

☐ EM    ☐ UOF    ☐ MED
☐ ADA   ☐ REL    ☐ SSI

---

**Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...**

The unit Grievance Investigator failed to Review the disciplinary hearing record in case #20000026274 Tape #414, Side A, Start 120, End 294 because the evidence and testimony clearly reveals the following facts.

1) Refusal to use the dorm video as evidence.
   (a) I was the person assaulted while sleep in bed.
   (b) The can I was assaulted with was recovered, and the person who assaulted me was identified through the dorm video.
   (c) Blood was confined to my pillow, sheet, and floor around my bunk only.
   (d) medical records indicate I recieved stiches for a cut in my head from the assault on 4-20-99.

2) Denied the presence of the charging officer R. Escamilla, because he was fired because of incident.

3) Denied the right to properly confront charging off.
   (a) Capt. L.D. Montgomery used a telephoned witness whom he states "was the charging officer." I asked Capt. Montgomery to ask that person if he noticed anything distinctive about me for idenification purposes? Capt. Montgomery asked the person on the telephone "Did Tory have blood on him during the fighting"? That was not the question I asked Capt. Montgomery to ask the witness. Why would I ask the witness if I had blood on me during the fighting, when I wasn't fighting. Capt. Montgomery used that question as a clue to

I-128 Front (9/1/1999)    **PLEASE SIGN ON BACK**    (OVER)

insure my guilt. The charging officer does not know me, he was not in the dorm, and could not identify me. Capt. Montgomery identified me for the witness through his question about the blood. The witness then stated "Yes he had blood on him". This statement was the evidence used to determine my guilt. (Please Review Tape). I had a written statement with the names of (18) witness on it. Capt. Montgomery stated "I didn't need any witnesses" (Please Review hearing records. Also note: Capt. Montgomery used (3) witnesses in everybody's case except mines. Capt. Montgomery also used Lt. Banda in everybody's case except mines, because the charging officer had been fired. "Lt. Banda was used as the witness."

Offender Signature: Thomas Toy     Date: 11-2-99

**Appellate Decision and Reason:**

- ☐ The Step 1 answer has addressed your complaint. No action will be taken.
- ☐ You have not provided a good reason for your appeal or for this office to review your claims further. No action will be taken.
- ☐ The issue you raise has been resolved or is pending resolution and no further action is warranted.
- ☐ The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action will be taken by this office.

Signature Authority: _____     Date: _____

**Returned Because:**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible*
- ☐ 3. Originals not submitted*
- ☐ 4. Inappropriate/Excessive attachments*
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.
- ☐ 6. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.     Grievance Staff: _____