IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Southern</u> DISTRICT OF TEXAS
<u>Houston</u> DIVISION

<u>Thomas Titus Tory #378779</u>
Plaintiff's name and ID Number

<u>Dominguez State Jail, TDCJ</u>
Place of Confinement

v. <u>R. Escamilla, Correctional Officer</u>
<u>Willacy State Jail</u>
<u>1695 S. Buffalo dr.</u>
<u>Raymondville, Texas 78580</u>
Defendant's name and address

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 15 2000

Michael N. Milby, Clerk

H-00-0500
CASE NO._____
CA B-00-51
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _____, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment        Yes☐  No☑
   b. Rent payments, interest or dividends?               Yes☐  No☑
   c. Pensions, annuities or life insurance payments?     Yes☐  No☑
   d. Gifts or inheritances?                              Yes☐  No☑
   e. Family or friends?                                  Yes☐  No☑
   f. Any other sources?                                  Yes☐  No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐          No☑
   If you answered YES, state the total value of the items owned.

   _____
   _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __7__ day of __Feb.__, __2000__

__Thomas T. Touy__  __378779__
Signature of Plaintiff     ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE                02/08/00
BX21/MCA4985              IN-FORMA-PAUPERIS DATA                            12:30:32
  TDCJ#: 00378779 SID#: 03354775 LOCATION: DOMINGUEZ UNI    INDIGENT DTE: 12/09/99
  NAME: TORY,THOMAS TITUS JR              BEGINNING PERIOD: 08/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:           0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:          25.91
6MTH DEP:            115.91 6MTH AVG BAL:        22.08 6MTH AVG DEP:          19.32
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/00        0.00             0.00     10/99        44.24             20.00
12/99       30.97             0.00     09/99        70.17             30.00
11/99       61.98            25.91     08/99        39.52              0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF **BEXAR**
ON THIS THE **8** DAY OF **February 2000** I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:



M. CARRANZA — Notary Public, State of Texas — Commission Expires 11-08-2003