otranpr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAR 2 8 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THOMAS TITUS TORY, TDCJ-ID 378779 | § § § § |
| Plaintiff, | § § |
| v. | §  CIVIL ACTION H-00-500 |
| R. ESCAMILLA, | §  CAB-00-51 § § |
| Defendant. | § |

## ORDER TO TRANSFER

Plaintiff, a state prisoner proceeding *pro se*, brings this action against Texas prison officials who reside in Willacy County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the Willacy County Jail, where he was confined and which is located in Willacy County, Texas.

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby ORDERED that this case be TRANSFERRED to the United States District Court for the Southern District of Texas, Brownsville Division. 28 U.S.C. §§ 1391, 1404(a).

The Clerk will provide copies to the parties.

SIGNED at Houston, Texas, on this 27th day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By _____
Deputy Clerk

#4