5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

```
THOMAS TITUS TORY              *
TDCJ-ID #378779                *
                               *
      VS                       *    C.A. NO. B00-051
                               *
R. ESCAMILLA,                  *
Correctional Officer           *
Willacy State Jail             *
```

### O R D E R

The State of Texas is hereby ORDERED to respond to Petitioner's civil rights complaint, pursuant to 42 U.S.C. 1983, on or before **November 27, 2000**.

DONE at Brownsville, Texas, this 26th day of September 2000.

Felix Recio
United States Magistrate Judge