United States District Court
Southern District of Texas
RECEIVED
NOV 06 2000
Michael N. Milby, Clerk of Court

United States Courts
Southern District of Texas
FILED
NOV 01 2000
Michael N. Milby, Clerk

Thomas Tory #378779
Lynaugh unit
Rt. 1, Box 150, A-108
Ft. Stockton, Texas 79735

United States District Court
Southern District of Texas
Clerk, Micheal N. Milby
Houston, Texas 77208

In re: Civil Action No. B00-051

Dear Mr. Milby,
   I have a pending 1983 civil Action filed in this court. On september 27, 00, this court entered an order requesting the state of Texas respond to my complaint by November 27, 00. However, to date I have not been given permission to start discovery. I need the following information:
1. Employee disciplinary records of the defendant.
2. Defendant's current place of employment
3. Willacy county state jail policy statement for offenders during rack-time for bed.
4. Willacy county state jail policy state-


\# 2

ment for correctional officer's assigned to dormatories.

5. Names and TDCJ numbers of offenders accused and involved in the assault of plaintiff on 9-20-99.

6. Hospital reports, doctors and nurses who treated plaintiff injuries, on 9-20-99

7. Injury report of plaintiff on 9-20-99

8. Police report of plaintiff's assault on 9-20-99.

9. Video from dorm monitoring camera taken of assault on plaintiff 9-20-99

10. Disciplinary action taken against offenders involved in assault of plaintiff on 9-20-99.

Please inform me of the time I can start discovery; and what department I can get the following information. Thanking you in advance for your assistance.

— Thomas Tony