# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 26 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

```
THOMAS TITUS TORY            *
TDCJ-ID #378779              *
                             *
     VS                      *   C.A. NO. B00-051
R. ESCAMILLA,                *
Correctional Officer         *
Willacy State Jail           *
```

## CORRECTED ORDER

The Defendant is hereby ORDERED to respond to Petitioner's civil rights complaint, pursuant to 42 U.S.C. 1983, on or before **February 20, 2001**.

DONE at Brownsville, Texas, this 20th day of December 2000.

Felix Recio
United States Magistrate Judge