AO 440 (Rev. 10/93) Summons in a Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

THOMAS TITUS TORY

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:  B-00-51

R. ESCAMILLA, CORRECTIONAL OFFICER &
WILLACY STATE JAIL

TO: (Name and address of defendant)

R. ESCAMILLA
CORRECTIONAL OFFICER
WILLACY STATE JAIL
1695 S BUFFALO DR.
RAYMONDVILLE TEXAS  78580

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS TITUS TORY  PRO SE
C/O U S DISTRICT CLERK'S OFFICE
600 EAST HARRISON ROOM 101
BROWNSVILLE TEXAS   78520

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N MILBY                                       JANUARY 18, 2001
CLERK                                                 DATE

*Olivia Gutierrez* (signature)

(BY) DEPUTY CLERK   Olivia Gutierrez

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

B-00-51-8

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

United States District Court
Southern District of Texas
FILED

JAN 2 5 2001

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒☒ Returned unexecuted: __Summons was returned to Marshals Service. E. Escamilla is no longer employed at Willacy State Jail. (Returned via Certified Mail)__

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | -0- | -0- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Unexecuted
~~Executed~~ on ___1-24-01___    _Mark Walker_
                Date                         Signature of Server

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

SHALS SERVICE
RRISON, STE. 1032
VILLE TX 78520

Thank you for using Return Receipt Service.

| 3. Article Addressed to: | 4a. Article Number |
| --- | --- |
| R. ESCAMILLA<br>CORRECTIONAL OFFICER<br>WILLACY STATE JAIL<br>1695 S. BUFFALO DRIVE<br>RAYMONDVILLE, TX. 78580 | Z 207 145 741 |
| | 4b. Service Type |
| | ☐ Registered   ☒ Certified |
| | ☐ Express Mail   ☐ Insured |
| | ☒ Return Receipt for Merchandise   ☐ COD |
| | 7. Date of Delivery |
| | 1-23-2001 |
| 5. Received By: (Print Name)<br>M. Garza | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature: (Addressee or Agent)<br>X M Garza | |

PS Form 3811, December 1994        102595-97-B-0179        Domestic Return Receipt