9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 21 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

THOMAS TITUS TORY §
§
v. § CIVIL ACTION NO. B-00-051
§
R. ESCAMILLA, §
WILLACY STATE JAIL. §

## ORDER

As the record reflects that Defendant Escamilla's service was returned unexecuted, this Court hereby WITHDRAWS its Order of December 26, 2000.[1] Instead, the Court now ORDERS Willacy State Jail to provide this Court with R. Escamilla's current address, in camera, so that R. Escamilla may be properly served. Willacy State Jail may have until March 15, 2001 to comply.

DONE in Brownsville, Texas this 16th day of February, 2000.

Felix Recio
United States Magistrate Judge

---

[1] See Pleading No. 7.