UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THOMAS TITUS TORY | * |
| TDCJ-ID 378779 | * |
| VS | * C.A. NO. B-00-051 |
| R. ESCAMILLA, | * |
| Correctional Officer | * |
| Willacy State Jail | * |

## ORDER

IT IS ORDERED that the Clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the Defendant as directed by the Plaintiff. All costs of service shall be advanced by the United States.

DONE at Brownsville, Texas, this 27th day of March 2001.

_____
Felix Recio
United States Magistrate Judge

ClibPDF - www.fastio.com