AO 440 (Rev. 1/90) Summons in a Civil Action

B-00-051

## RETURN OF SERVICE

United States District Court
Southern District of Texas
RECEIVED
MAY 16 2001
Michael N. Milby, Clerk of Court

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5/10/01 |
| NAME OF SERVER (PRINT) Douglas Atkinson | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: P.O. Box 734 Rio Hondo, TX 78583

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
MAY 16 2001
Michael N. Milby
Clerk of Court

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $31.05 | SERVICES $45.00 | TOTAL $76.05 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/10/01
Date

Signature of Server

600 E. Harrison Brownsville, TX, 78520
Address of Server

5/10/01   90 miles RT, 1 DUSM, 8:00 am - 9:00 am.   DA

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

THOMAS TITUS TORY

V.

R. ESCAMILLA, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: CV B-00-051

TO: (Name and Address of Defendant)

R. ESCAMILLA
P.O. BOX 734
RIO HONDO, TEXAS 78583

RECEIVED 01 MAY -4 AM 9:06 BROWNSVILLE, TX.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

THOMAS TITUS TORY
#378779
DOMINGUEZ ST. JAIL
6535 CAGNON RD. K4F-3
SAN ANTONIO, TEXAS 78252

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

_[signature]_

BY DEPUTY CLERK

MAY 0 4 2001

DATE

ClibPDF - www.fastio.com