# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 0 2001

Michael N. Milby
Clerk of Court

**THOMAS TITUS TORY**
**PLAINTIFF**

Case No. CV B-00-051

V.

**R. ESCAMILLA, ET AL**
**DEFENDANT**

## ANSWER TO COMPLAINT

Comes now, **RODOLFO ESCAMILLA, JR.**[Hereafter Defendant] individually and files this his answer to Plaintiff's complaint.

**1. First Defense:**   The complaint fails to state a claim against defendant upon which relief can be granted.

**2. Additional Response:**

| | |
|---|---|
| Section I, Entire section | - Defendant is without knowledge or information sufficient to form a belief as to the truth of this allegation and therefore cannot admit or deny. |
| Section II, Entire section | - Defendant is without knowledge or information sufficient to form a belief as to the truth of this allegation and therefore cannot admit or deny. |
| Section III, Entire section | - Defendant is without knowledge or information sufficient to form a belief as to the truth of this allegation and therefore cannot admit or deny. |
| Section IV, Entire section | - Deny. |
| Section V, Entire section | - Deny. |
| Section VI, Entire section | - Deny. |
| Section VII, Entire section | - Defendant is without knowledge or information sufficient to form a belief as to the truth of this allegation and therefore cannot admit or deny. |
| Section VIII, Entire section | - Defendant is without knowledge or information sufficient to form a belief as to the truth of this allegation and therefore cannot admit or deny. |

*Answer to Complaint*

   **3. Prayer:**    Wherefore, Defendant prays that Plaintiff's complaint be denied and dismissed with prejudice, that judgment be entered in favor of Defendant and for such other relief as the Court deems proper.

*(signature)*

Rodolfo Escamilla, Jr.
PRO SE
P.O. Box 734
Rio Hondo, TX 78583

### CERTIFICATE OF SERVICE

I hereby certify that I am over the age of eighteen years and that on the 25th day of May, 2001, that a true and correct copy of the foregoing Original Answer was served on the plaintiff, Thomas Titus Tory #378779, Dominguez St. Jail, 6535 Cagnon Rd. K4F-3, San Antonio, TX 78282.

*(signature)*

Rodolfo Escamilla, Jr.

*Answer to Complaint*