

13

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAY 3 0 2001

Michael N. Milby
Clerk of Court

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Case Number | B00-051 |
|---|---|---|---|
| Thomas Titus Tory ||||
| *versus* ||||
| R. Escamilla ||||

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Robert S. Davis |
| Firm | Flowers Davis, P.L.L.C. |
| Street | 815 Rice Road |
| City & Zip Code | Tyler, Texas 75703 |
| Telephone | (903) 534-8063 |
| Licensed: State & Number | Texas 05544200 |
| Admitted U.S. District Court for: | Eastern District of Texas |

Seeks to appear as the attorney for this party:

Defendant R. Escamilla

Dated: 05/29/2001     Signed: _____

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, ____.     _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98