IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THOMAS TITUS TORY | § | |
| | § | |
| V. | § | CIVIL ACTION NO: 00-CV-51 |
| | § | Judge: Felix Recio |
| R. ESCAMILLA | § | |

### DEFENDANT R. ESCAMILLA'S ANSWER TO PLAINTIFF'S "PRISONER'S CIVIL RIGHTS COMPLAINT"

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant R. Escamilla and file this his Answer to Plaintiff's "Prisoner's Civil Rights Complaint," and in support thereof would respectfully show unto this Honorable Court the following:

I.

### ANSWER

1. Defendant is without knowledge or information sufficient to form a belief as to the averments contained in Paragraph I of Plaintiff's "Prisoner's Civil Rights Complaint."

2. Defendant admits the averments contained in Paragraph II of Plaintiff's "Prisoner's Civil Rights Complaint."

3. Defendant denies the averments contained in Paragraph III of Plaintiff's "Prisoner's Civil Rights Complaint."

4. Defendant admits that Plaintiff resides at the address stated in Paragraph IV of Plaintiff's "Prisoner's Civil Rights Complaint." Defendant denies the remainder of the averments contained in Paragraph IV of Plaintiff's "Prisoner's Civil Rights Complaint"

against Defendant, specifically that Defendant "failed to take reasonable measures to prevent harm."

5.  Defendant denies the averments contained in Paragraph V of Plaintiff's "Prisoner's Civil Rights Complaint."

6.  Defendant denies that Plaintiff is entitled to any of the relief requested in Paragraph VI of Plaintiff's "Prisoner's Civil Rights Complaint."

7.  Defendant is without knowledge or information sufficient enough to form a belief as to the truth or falsity of the averments contained in Paragraph VII of Plaintiff's "Prisoner's Civil Rights Complaint."

8.  Defendant is without knowledge or information sufficient to form a belief as to the averments contained in Paragraph VIII of Plaintiff's "Prisoner's Civil Rights Complaint."

II.

## AFFIRMATIVE DEFENSES

1.  Defendant asserts that he is entitled to qualified immunity from suit because he was acting within the course and scope of his employment and performing discretionary duties in good faith. Defendant did not violate constitutional or statutory rights of which a reasonable person would have known.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that Plaintiff's claims be dismissed with prejudice to refiling, that Defendant recover his attorneys fees and costs of court pursuant to 42 U.S.C. §1988, and for any and all other relief, at law or in equity, to which Defendant may show himself justly entitled.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

_____
**ROBERT S. DAVIS**
State Bar No. 05544200
**VIRGINIA DURHAM YOUNG**
State Bar No. 00796495
**ATTORNEYS FOR DEFENDANT
R. ESCAMILLA**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon the following counsel of record in the above entitled and numbered cause this the 29th day of May, 2001, by Certified Mail, Return Receipt Requested to:

Thomas Titus Tory
#378779
Dominguez St. Jail
6535 Canyon Road K4F-3
San Antonio, Texas 78252

Linda M. Kearney
800 North Shoreline, Suite 800
Corpus Christi, Texas 78401

_____
**ROBERT S. DAVIS**