# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION



| | | |
|---|---|---|
| THOMAS TITUS TORY | § § | |
| V. | § § | CIVIL ACTION NO: 00-CV-51 |
| | § | Judge: Felix Recio |
| R. ESCAMILLA | § | |

## DEFENDANT R. ESCAMILLA'S REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant R. Escamilla and who respectfully requests a trial by jury of all issues so triable pursuant to Rule 39 of the Federal Rules of Civil Procedure.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

_____
**ROBERT S. DAVIS**
State Bar No. 05544200
**VIRGINIA DURHAM YOUNG**
State Bar No. 00796495
**ATTORNEYS FOR DEFENDANT**
**R. ESCAMILLA**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon the following counsel of record in the above entitled and numbered cause this the 29th day of May, 2001, by Certified Mail, Return Receipt Requested to:

Thomas Titus Tory
#378779
Dominguez St. Jail
6535 Canyon Road K4F-3
San Antonio, Texas 78252

Linda M. Kearney
800 North Shoreline, Suite 800
Corpus Christi, Texas 78401

_____
**ROBERT S. DAVIS**