*16*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THOMAS TITUS TORY | § | |
| | § | |
| VS. | § | CIVIL ACTION B-00-51 |
| | § | |
| R. ESCAMILLA, CORRECTIONAL | § | |
| OFFICER, Willacy State Jail | § | <u>JURY DEMAND</u> |

<u>DEFENDANT R. ESCAMILLA'S
ORIGINAL ANSWER AND JURY DEMAND</u>

NOW COME Defendant R. Escamilla ("Escamilla"), by and through his attorney, and file this his Original Answer and Jury Demand. In support thereof, Defendant Escamilla would show the following:

I.

1.     Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant Escamilla denies each and every allegation contained in Plaintiff's complaint except those expressly admitted herein.

2.     Defendant Escamilla states that the Plaintiff has failed to state a claim upon which relief can be granted as his allegations do not give rise to liability under 42 U.S.C. §1983.

3.     Defendant admits that Plaintiff was an inmate confined at the Willacy County Unit in Raymondville, Texas, on or about September 20, 1999.

4.     Defendant Escamilla states that *respondeat superior* does not provide a basis for liability under 42 U.S.C. §1983.

5.     Defendant Escamilla admits that he was the an Officer at the Willacy County Unit in Raymondville, Texas on or about September 20, 1999.

6.     Defendant states that Plaintiff has failed to identify any injury he sustained that gives rise to a claim under 42 U.S.C. § 1983.

## AFFIRMATIVE DEFENSES

7.     In the alternative, Defendant Escamilla states that his actions, if any, were not taken under "color of state law" and, therefore, he is not subject to liability under 42 U.S.C. § 1983.

8.     Defendant Escamilla states that Plaintiff's amount of recovery, if any, may be barred or limited by theories of comparative responsibility, contributory and comparative negligence, contribution, and/or failure to mitigate.

9.     Defendant Escamilla reserves the right to assert additional affirmative defenses.

## JURY DEMAND

10.     Defendant Escamilla respectfully requests a trial by jury in the foregoing cause of action.

WHEREFORE, PREMISES CONSIDERED, Defendant R. Escamilla prays that upon hearing of this matter, the Plaintiff take nothing, and that Defendant recover his costs and attorney's fees. Defendant prays that this Court grant him such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

By: _____
Linda M. Kearney, Attorney-in-Charge
Federal I.D. No. 22564
State Bar No. 00787811

One Shoreline Plaza
P. O. Box 2968
Corpus Christi, TX 78403-2968
(512) 880-5808 - Office
(512) 880-5844 - Fax

ATTORNEYS FOR DEFENDANT
R. ESCAMILLA, CORRECTIONAL OFFICER


OF COUNSEL:
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (512) 880-5808
Facsimile: (512) 880-5844

3

CSzPDF - www.fasisc.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by certified mail return receipt requested in accordance with the F.R.C.P. 5(b), to Thomas Titus Tory, #378779, Dominguez St. Jail, 6535 Cagnon Rd. K4F-3, San Antonio, Texas 78252 on this ___30th___ day of May, 2001.

Linda M. Kearney

8 \\WACKEN-1\TORY_2-1\DOCUMS-1\0052.ANS

4