17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 0 5 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THOMAS TITUS TORY | * | |
| VS | * | C.A. NO. B-00-051 |
| R. ESCAMILLA | * | |

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on **June 4, 2001**, the Court **STRUCK** the filing entitled **Motion and Order for Admission Pro Hac Vice** because it did not comply with one or more of the following Local Rules:

1. ____   Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ✓   Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ____   One or more of the following are not included beneath the attorney's signature:
   (a) state bar number; or
   (b) Southern District of Texas Federal Bar Number; or
   (c) office address including zip code; or
   (d) telephone and facsimile numbers with area codes (LR 11.3(A)).

4. ____   A copy of the filing was not provided (LR.5.2).

5. ____   No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4)

6. ____   No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2)

7. ____   Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ____   A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this _4th_ day of June 2001.

_____
Felix Recio
United States Magistrate Judge