18

United States District Court
For The Southern District Of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

JUN 1 2 2001

Michael N. Milby
Clerk of Court

Thomas Titus Tory #378779
Plaintiff

V.                                              Civil Action N. B-00-051

R. Escamilla, Defendant
Correctional Officer
Willacy State Jail

Request For Production Of Documents

Plaintiff requests that this Court order the Willacy State Jail to produce by United States Mail Service and permit Plaintiff to inspect and copy each of the following documents within 30 days pursuant to F.R.C.P. 34.

1. Injury report of Plaintiff on September 20, 1999.
2. Unit's Infirmary Medical Records of Plaintiff's injuries that occurred on September 20, 1999.
3. Photographs taken of Plaintiff after injuries on September 20, 1999.
4. Dormitory monitoring camera video taken on September 20, 1999, in 3-C dormitory, at 1:00 a.m.
5. Photograph of weapon used in assault on Plaintiff September 20, 1999.
6. Names and TDCJ Numbers of Offender's involved in the assault on Plaintiff September 20,1999.
7. Disciplinary actions taken against Offenders accused in the assault on Plaintiff September 20, 1999.
8. Police Report of Plaintiff's assault on September 20, 1999.
9. Names and Rank of Correctional Officer's assigned to 3-C dormitory on September 20, 1999.

10. Willacy State Jail Policy of Officer's Duties when assigned to dormitories.
11. Willacy State Jail Policy of Offender's Rack Time Procedure for bed.
12. Employee Records of Defendant R. Escamilla.
13. Records of Gang Assaults at Willacy State Jail.

Submitted on this 5th day of June 2001.

## Certificate of Service

I do hereby certify that on this 5th day of June 2001, copies of the foregoing document was served upon the following Counsel of Record, and the United States District Court, Brownsville Division, by depositing the same in the United States Mail.

Thomas Toy 378779
Lynaugh unit
Rt. 1, Box 150 / N112
Ft. Stockton, Texas 79735