19

Clerk
United States District Court
Southern District of Texas
2042 Fed. Bldg.
Brownsville, Texas 78522

United States District Court
Southern District of Texas
RECEIVED

JUN 1 4 2001

Michael N. Milby, Clerk

Thomas Tory #378779
Lynaugh unit
Rt. 1, Box 150 / D112
Ft. Stockton, Texas 79735

Re: Address change / Civil Action No. B-00-051

Dear Clerk,

  Please be advised that the above petitioner has changed address to the foregoing location. I am no longer at Dominguez State Jail, in San Antonio, Texas. Thanking you in advance.

Sincerely, Tory