IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THOMAS TITUS TORY | § | |
| | § | |
| VS. | § | CIVIL ACTION B-00-51 |
| | § | |
| R. ESCAMILLA, CORRECTIONAL | § | |
| OFFICER, Willacy State Jail | § | JURY DEMAND |

## DEFENDANT R. ESCAMILLA'S FIRST AMENDED ANSWER AND JURY DEMAND

NOW COMES Defendant R. Escamilla ("Escamilla"), by and through his attorney, and file this his Original Answer and Jury Demand. In support thereof, Defendant Escamilla would show the following:

I.

1. Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant Escamilla denies each and every allegation contained in Plaintiff's complaint except those expressly admitted herein.

2. Defendant denies he was deliberately indifferent to the Plaintiff's safety in violation of Plaintiff's Eighth Amendment rights and denies that he failed to take reasonable measures to prevent harm.

3. Defendant admits Plaintiff was confined at the Willacy State Jail on September 20, 1999.

4. Defendant admits there was a disturbance that occurred at approximately 1:00 a.m. on September 20, 1999 in Housing 3-C- Dorm where the Plaintiff was confined.

5. Defendant admits he was a correctional officer on duty the night of September 20, 1999 in the picket but denies he was a supervising officer.

6. Defendant denies there are any confirmed gang members assigned to Plaintiff's housing unit and denies that he allowed gang members to get out of their beds, put on their clothes, and assault the Plaintiff.

7. Defendant admits there is a rack time policy stating that lights out are to occur at 10:30 p.m. during the week and that offenders are not allowed out of their bunks after lights out.

8. Defendant denies he was aware that an assault was transpiring prior to the moment it occurred and denies that he failed to take reasonable measures to protect the Plaintiff from harm.

9. Defendant states he called for help immediately.

10. Defendant admits the Plaintiff sustained a four-centimeter linear laceration to the right side of his scalp and that there was a superficial abrasion approximately 4 to 5 centimeters on his left shin. Defendant admits Plaintiff was examined at the medical unit of the prison. Defendant denies that Plaintiff incurred any other injuries.

11. Defendant denies Plaintiff is entitled to any compensatory or punitive damages.

12. Defendant further denies the Plaintiff is entitled to any type of temporary restraining order.

13. Defendant states he is no longer employed by Wackenhut and further states that

the Plaintiff is no longer confined in the Willacy County Unit.

## AFFIRMATIVE DEFENSES

14. In the alternative, Defendant Escamilla states that his actions, if any, were not taken under "color of state law" and, therefore, he is not subject to liability under 42 U.S.C. § 1983.

15. Defendant Escamilla states that Plaintiff's amount of recovery, if any, may be barred or limited by theories of comparative responsibility, contributory and comparative negligence, contribution, and/or failure to mitigate.

16. Defendant Escamilla reserves the right to assert additional affirmative defenses.

## JURY DEMAND

17. Defendant Escamilla respectfully requests a trial by jury in the foregoing cause of action.

WHEREFORE, PREMISES CONSIDERED, Defendant R. Escamilla prays that upon hearing of this matter, the Plaintiff take nothing, and that Defendant recover his costs and attorney's fees. Defendant prays that this Court grant him such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

By: /s/ Linda M. Kearney
Linda M. Kearney, Attorney-in-Charge
Federal I.D. No. 22564
State Bar No. 00787811

One Shoreline Plaza
P. O. Box 2968
Corpus Christi, TX 78403-2968
(512) 880-5808 - Office
(512) 880-5844 - Fax

ATTORNEYS FOR DEFENDANT
R. ESCAMILLA, CORRECTIONAL OFFICER

OF COUNSEL:
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (512) 880-5808
Facsimile: (512) 880-5844

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by certified mail return receipt requested in accordance with the F.R.C.P. 5(b), to Thomas Titus Tory, #378779, Dominguez St. Jail, 6535 Cagnon Rd. K4F-3, San Antonio, Texas 78252 on this 19th day of June, 2001.

*Linda M. Kearney*
Linda M. Kearney

L. Docs\9479.00005\PLDG\346272.wpd

5