21

United States District Court
For The Southern District of Texas
Brownsville, Texas

United States District Court
Southern District of Texas
FILED

JUL 0 3 2001

Michael N. Milby
Clerk of Court

Thomas Titus Tory #378779
Plaintiff,

V.  Civil Action No. B-00-051

R. Escamilla, Defendant
Correctional Officer
Willacy State Jail

Motion For Appointment of Counsel

Plaintiff respectfully requests to be appointed with Counsel pursuant to F.R.C.P., 1915 (e) (1), for the foregoing reasons.

1. Plaintiff has been transferred from the Willacy State Jail and, the Court District in which the Civil Rights Violation occurred.

2. To locate and contact inmate witnesses within the Texas Department of Criminal Justice, which Plaintiff has no access to.

3. The nature of the case presents very difficult and complex legal research and law that is unavailable in the prison law library.

4. To balance the scales of justice, as the Defendant R. Escamilla is represented by Wakenhut's Corporation retained Attorney Linda M. Kearney, of the prestigious Law Firm of Porter, Rogers, Dahlman, and Gordan P.C., 800 N. Shoreline, Suite 800, Corpus Christi, Texas 78403.

*Thomas T. Tory*

## Certificate of Service

I, do hereby certify that on this __29__ day of __June__ 2001, copies of the foregoing document was served upon the United States District, Brownsville Division, by depositing the same in the United States Mail.

Thomas T. Tory 378779
Lynaugh unit
Rt. 1, Box 150 / D112
Ft. Stockton, Texas 79735

ClibPDF - www.fastio.com