22

United States District Court

For The Southern District Of Texas

Brownsville Division

United States District Court
Southern District of Texas
FILED

JUL 0 3 2001

Michael N. Milby
Clerk of Court

Thomas Titus Tory #378779
Plaintiff

V.                                    Civil Action No. B-00-051

R. Escamilla, Defendant
Correctional Officer
Willacy State Jail

Motion To Demand Trial By Jury

Plaintiff hereby demands Trial By Jury pursuant to F.R.C.P. 38(b) to include all present and future issues in the above cause number.

Submitted on this 29th day of June 2001.

Thomas Tory

## Certificate Of Service

I do hereby certify that on this 29 day of June 2001, copies of the foregoing document was served upon the following Counsel of Record Linda M. Kearney 800 N. Shoreline #800 Corpus Christi, Tx., 78401 and the United States District Court, Brownsville Division, by depositing the same in the United States Mail.

Thomas T. Toup 378779
Lynaugh unit
Rt. 1, Box 150 / D112
Ft. Stockton, Texas 79735