23

United States District Court
Southern District of Texas
ENTERED

JUL 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

THOMAS TITUS TORY            *

VS                           *   CIVIL ACTION B-00-051

R. ESCAMILLA, CORRECTIONAL   *
OFFICER, Willacy State Jail  *

## ORDER DENYING REQUEST
## FOR PRODUCTION OF DOCUMENTS

On this the 10th day of July 2001, the Court considered Plaintiff's Request for Production of Documents (Pleading No. 18). After considering the pleadings, records and the file, the Court is of the opinion that the Motion should be and is hereby **DENIED**.

The Plaintiff will be allowed to re-file motions after the Court, with the cooperation of the parties, conducts a status conference and issues a scheduling order.

DONE at Brownsville, Texas, this 10th day of July 2001.

_____
Felix Recio
United States Magistrate Judge