**24**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 2 2001

Michael N. Milby
By Deputy Clerk



THOMAS TITUS TORY                    *

     VS                                   *    CIVIL ACTION B-00-051

R. ESCAMILLA, CORRECTIONAL           *
OFFICER, Willacy State Jail          *


## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

On this the 10th day of July 2001, Plaintiff's Motion for Appointment of Counsel

(Pleading No. 21) was considered by the Court.  After reviewing the Motion and file,

the Court is of the opinion that the Motion should be and is hereby **denied**.

DONE at Brownsville, Texas, this 10th day of July 2001.


Felix Recio
United States Magistrate Judge