

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| THOMAS TITUS TORY | * |
| | * |
| VS | *   C.A. NO. B-00-051 |
| | * |
| R. ESCAMILLA, CORRECTIONAL OFFICER, Willacy State Jail | * |

## ORDER SETTING CONFERENCE

A telephonic status and scheduling conference is hereby set for July 23, 2001, at 2:00 p.m., in the above-captioned cause of action. The defendant's counsel, Linda M. Kearney, will initiate the telephonic conference.

DONE at Brownsville, Texas, this 10th day of July 2001.

_____
Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520
956/548-2701