26

# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

JUL 23 2001

Michael N. Milby
Clerk of Court

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Date: July 23, 2001, 2:00 p.m.

---

## C.A. NO. B-00-051 (HGT)

---

THOMAS TITUS TORY                    *      Pro Se

     vs                              *

R. ESCAMILLA, CORRECTIONAL           *      Linda M Kearney
OFFICER, Willacy State Jail

---

## TELEPHONIC STATUS & INITIAL PRETRIAL CONFERENCE

Telephonic conference held with Petitioner and Defendant's counsel, Linda M. Kearney.

A scheduling order agreed to by the parties and discussed 636(c) consent possibilities. A 636(c) form will be sent to the parties with the scheduling order.