27

# UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

THOMAS TITUS TORY                          §

    VS                                    §    C.A. NO. B-00-051
                                               (Judge Tagle)
R. ESCAMILLA, CORRECTIONAL OFFICER,         §
Willacy County Jail

United States District Court
Southern District of Texas
ENTERED

JUL 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3-4__ days.           ☐ Bench    ☑ Jury

2. New parties must be joined by:                        **September 24, 2001**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by: **October 29, 2001**

4. The defendant(s)' experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff(s)' expert.    **December 03, 2001**

5. Discovery must be completed by:                       **January 28, 2002**
   *Counsel may agree to continue discovery beyond the deadline, but there will be
   no intervention by the Court. No continuances will be granted because of
   information acquired in post-deadline discovery.*

********************       The court will provide these dates.       ********************

6. Dispositive Motions will be filed by:                 **December 03, 2001**

7. Joint pretrial order is due:                          **February 15, 2002**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Tagle
9. is set for 1:30 p.m. on:                              **March 07, 2002**
   *The case will remain on standby until tried.*

10. The jury selection before Judge Tagle is set for 9:00 a.m. on: **March 11, 2002**

The case will remain on standby until tried.

Signed **July 23, 2001**, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge