

United States District Court
For The Southern District Of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

AUG 0 3 2001

Michael N. Milby
Clerk of Court

Thomas Titus Tory
Plaintiff

V.                                              Civil Action No. B-00-051

R. Escamilla, Defendant
Correctional Officer
Willacy State Jail

Motion To Amend Request For Production Of Documents

Comes now, Plaintiff Thomas Titus Tory, and seeks leave from this Court to amend his Motion To Request For Production Of Documents pursuant to F.R.C.P. 15(a).

Plaintiff certifies that on June 5, 2001, he in good faith mailed his Motion to Request For Production Of Documents to Defendant R. Escamilla, and now seeks to amend his original pleading to conform to evidence pursuant to F.R.C.P. 15(b).

Request Numbers

2. Infirmary Medical Records and name of Doctor who treated Plaintiff's injuries that occurred on September 20, 1999, at Willacy State Jail.

3. Photographs taken of Plaintiff after injury and of the area that injury occurred, i.e. bed, pillow, mattress, floor, and walls.

4. Dormitory monitoring camera video taken on September 20, 1999 at 1:00 am in 3-C Dormitory that filmed incident and Plaintiff's injuries.

7. Disciplinary Reports of the following Offenders responsible for Plaintiff's injuries, Jesse Lopez TDC# 851446, Heranimo Cantu TDC# 870741, Raul Lopez TDC# 463871, Michael Mendez TDC# 867823, Frank Rivera TDC# 727069, Alfredo Martinez TDC# 874186, Joseph Cuellar TDC# 847713, Ricardo Velasquez TDC# 618069, Jorge Augustin TDC# 850867, Martin De Leon TDC# 857575.

9. Name and Rank of Correctional Officers assigned to supervise Offenders in 3-C Housing at Willacy State Jail beginning 3rd shift on September 19, 1999.

12. Records of Defendant's R. Escamilla disciplinary and termination/resignation of employment at Willacy State Jail.

13. Dates of all fights, assaults, or attacks on the Willacy State Jail after rack-time hours.

Submitted on this 27th day of July, 2001.

## Certificate Of Service

I do hereby certify that on this 27 day of July 2001, copies of the foregoing documents was served upon the following Counsel of Record, Linda M. Kearney, One Shoreline Plaza, Suite 800, Corpus Christi, Texas 78403, and the United States District Court, Brownsville Division by depositing the same in the United States Mail.

Thomas Titus Tory #378779
Lynaugh Unit
Rt. 1 Box 150, D112
Ft. Stockton, Texas 79735

*Thomas Tory*