29

United States District Court
Southern District of Texas
ENTERED

AUG 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Thomas Titus Tory, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-051 |
| R. Escamilla, Correctional Officer, Willacy State Jail. | § § § | |

## ORDER

BE IT REMEMBERED, that on August 9, 2001 the Court reviewed the Consent to Proceed Before a Magistrate Judge. As both Parties to the litigation must give their consent, the Consent Form is invalid because it is only signed by the Plaintiff.

The Parties are hereby **NOTIFIED** that if they consent to proceed before a magistrate judge, they must file a properly executed Consent Form, *i.e.*, signed by both Parties.

DONE at Brownsville, Texas, this 9th day of August 2001.

Hilda G. Tagle
United States District Judge

1