IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Thomas Titus Tory, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-051 |
| | § | |
| R. Escamilla, Correctional Officer, | § | |
| Willacy State Jail, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

BE IT REMEMBERED, that on August 20, 2001 the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for management through trial. Judge Recio will conduct the initial pretrial conference, enter a scheduling order, hold any necessary hearings, and complete report and recommendations on dispositive motions.

If, by the time the case is ready for trial, the Parties have not consented to trial by the magistrate judge, the trial will be promptly set before United States District Judge Hilda G. Tagle.

DONE at Brownsville, Texas, this 20th day of August 2001.

Hilda G. Tagle
United States District Judge

===================================================================
# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS
===================================================================

| | |
|---|---|
| THOMAS TITUS TORY | § |
| | § |
| versus | §  CIVIL ACTION NO. B-00-051 |
| | § |
| R. ESCAMILLA, CORRECTIONAL OFFICER, Willacy State Jail | § |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed/Printed Names | Party Represented | Date |
|---|---|---|
| *Thomas Titus Tory* | Plaintiff | 7-30-01 |
| *Thomas Titus Tory* | Plaintiff | 7-30-01 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

_____    _____
Date                                United States District Judge

**NOTE:** RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

===================================================================
# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS
===================================================================

| | | |
|---|---|---|
| THOMAS TITUS TORY | § | |
| | § | |
| versus | § | CIVIL ACTION NO. B-00-051 |
| | § | |
| R. ESCAMILLA, CORRECTIONAL OFFICER, Willacy State Jail | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed/Printed Names | Party Represented | Date |
|---|---|---|
| *Linda M. Kearney* / Linda M. Kearney | Defendant R. Escamilla | 8/15/01 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

| | |
|---|---|
| Date | United States District Judge |

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**