COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~Southern~~ DISTRICT OF TEXAS
~~Brownsville~~ DIVISION



United States District Court
Southern District of Texas
Filed
AUG 2 2 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

Thomas Titus Tory #378774
**Plaintiff's name and ID Number**

Lynaugh unit, TDCJ
**Place of Confinement**

CASE NO: B-00-051
(Clerk will assign the number)

v.

R. Escamilla, Correctional Officer
**Defendant's name and address**

David Forest, Warden
**Defendant's name and address**

Wackenhut Corrections Corp.
**Defendant's name and address**
(DO NOT USE "ET AL.")

---

I.  **PREVIOUS LAWSUITS:**

  A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?       ✓ YES    ___ NO

  B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: February 7, 2000

   2. Parties to previous lawsuit:
      Plaintiff(s) Thomas Titus Tory

      Defendant(s) R. Escamilla

   3. Court (If federal, name the district; if state, name the county) Southern

   4. Docket Number: B-00-051

   5. Name of judge to whom case was assigned: Felix Recio, Magistrate

   6. Disposition: (Was the case dismissed, appealed, still pending?)
      still pending

   7. Approximate date of disposition: _____

II. **PLACE OF PRESENT CONFINEMENT:** Lynaugh unit, TDCJ

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**
Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THIS SUIT:**
A. Name of address of plaintiff: Thomas Titus Tony, Rt. 1, Box 150, Ft. Stockton, Texas 79735

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: R. Escamilla, Correctional Officer, Willacy State Jail, 1695 S. Buffalo dr., Raymondville, Texas 78580
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to take reasonable measures to prevent harm.

Defendant #2: David Forest, Warden, Willacy State Jail, 1695 S. Buffalo dr. 78580
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Allowed policy/custom of gang assaults, fights, riots, attacks.

Defendant #3: Wackenhut Corrections Corp.
Allowed policy/custom of gang assaults, fights, riots, attacks.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases of statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

1. Defendant: R. Escamilla was deliberately indifferent to my safety in violation of my rights under

the eighth amendment. On 9-20-97, I was confined at the Willacy State Jail and at 1:00 am I was assaulted while asleep in bed by an offender and nine (9) of his gang members with a can of mackerel fish used as the weapon. Officer R. Escamilla, the supervising officer on duty that night allowed the gang members to get out of their beds, and put on their shoes, clothes, and assault me in violation continued on additional page →

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Compensatory and punitive damages for physical and emotional harm $200,000 each defendant. Temporary restraining order to prevent harassment/retaliation from any/all Texas Dept. Correction officials.

## VII. BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases: _____

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
   119964 Civic Prison System

## VII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
   __ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
   1. Court that imposed sanctions (if federal, give district and division): _____
   2. Case Number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied? __ YES __ NO

C. Has any court ever warned or notified you that sanctions could be imposed? __ YES __ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

of the unit's 10:30 pm rack-time policy. The Willacy State Jail has a history of gang assaults during the night after rack-time hours. Therefore officer R. Escamilla was aware that an assault was transpiring, however Officer R. Escamilla failed to take reasonable measures to protect me from harm. As a result of the assault, I suffered a laceration in my head, fractured skull, and had to endure an incredible amount of pain, loss of blood, and had to recieve stiches from the unit's infirmary Doctor to close the wound in my head.

2. Defendant: David Forest, Warden, Willacy State Jail, was deliberately indifferent to my safety in violation of my rights under the eighth amendment by allowing a policy/custom of gang assaults, fights, riots, and attacks to occur on the Willacy State Jail after the 10:30 pm rack-time policy. As a result of this policy/custom, I was assaulted while asleep in bed by an offender and nine (9) of his gang members with a can of mackeral fish used as the weapon. As a result of the assault, I suffered a laceration in my head, fractured skull, and had to endure an incredible amount of pain, loss of blood, and had to recieve stiches from the unit's infirmary Doctor to close the wound in my head

3. Defendant: Wackenhut Corrections Corp., was deliberately indifferent to my safety in violation of my rights under the eighth amendment by allowing a policy/custom of gang assaults, fights, riots, and attacks to occur on the Willacy State Jail after the 10:30 pm rack-time policy. As a result of this policy/custom, I was assaulted while asleep in bed by an offender and nine (9) of his gang members. As a result of the assault, I suffered a laceration in my head, fractured skull, and had to endure an incredible amount of pain, loss of blood, and had to recieve stiches from the unit's infirmary Doctor to close the wound in my head.

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warnings were imposed: _____

Executed on: __8-16-01__
          DATE

Thomas Titus Tery #378779
Thomas Titus Tery #378779
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __16th__ day of __August__, 20 __01__ .
    (Day)               (Month)          (Year)

Thomas Titus Tery #378779
Thomas Titus Tery #378779
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.