# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**33**

AUG 2 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

THOMAS TITUS TORY                    *
                                     *
         VS                          *      CIVIL ACTION NO. B-00-051
                                     *              (636(c))
R. ESCAMILLA, Correctional Officer,  *
Willacy State Jail

## ORDER GRANTING PLAINTIFF'S
## MOTION TO AMEND COMPLAINT

Came on to be considered Plaintiff's Motion to Amend Complaint, and the Court,

having considered said Motion, finds that said motion should be granted.

**IT IS SO ORDERED**.

DONE at Brownsville, Texas, on 23th day of August 2001.

Felix Recio
United States Magistrate Judge