34

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| THOMAS TITUS TORY | § | |
| VS | § | C.A. NO. B-00-051 |
| | | (636(c)) |
| R. ESCAMILLA, CORRECTIONAL OFFICER, Willacy County Jail | § | |

United States District Court
Southern District of Texas
ENTERED

AUG 2 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

### AMENDED SCHEDULING ORDER

1.  Trial: Estimated time to try: **3-4** days.                    ☐ Bench   ☑ Jury

2.  New parties must be joined by:                                **September 24, 2001**
    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff(s)' experts will be named with a report furnished by: **October 29, 2001**

4.  The defendant(s)' experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff(s)' expert.  **December 03, 2001**

5.  Discovery must be completed by:                               **January 28, 2002**
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

********************   The court will provide these dates.   ********************

6.  Dispositive Motions will be filed by:                         **December 03, 2001**

7.  Joint pretrial order is due:                                  **February 15, 2002**
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.  Docket call and final pretrial conference before Judge Tagle
9.  is set for 2:00 p.m. on:                                      **March 07, 2002**
    *The case will remain on standby until tried.*

10. The jury selection before Judge Recio is set for 9:00 a.m. on: **March 08, 2002**

The case will remain on standby until tried.

Signed **August 23, 2001**, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge