

36

United States District Court

For The Southern District of Texas

Brownsville Division

Thomas Titus Tory #378779

Plaintiff

V.  Civil Action No. B-00-051

R. Escamilla, Defendant

David Forest, Defendant

Wackenhut Corrections Corporation, Defendant

Motion for Temporary Restraining Order

    Plaintiff presents to this Court his Motion for Temporary Restraining Order to Freeze Assets pursuant to F.R.C.P. 65 (b).

    Plaintiff requests that this Court prohibit Defendant R. Escamilla from withdrawing, transferring, encumbering, or disposing any money from bank accounts, credit unions, stocks, bonds, investments, properties, (real or personal) and/or other assets until disposition of Civil Rights proceeding Tory verses Escamilla B-00-051 for the following reasons:

1. Plaintiff is engaged in a Civil rights complaint against Defendant R. Escamilla for deliberate indifference to safety and, seeks $200,000 in Compensation/Punitive Damages. Witnesses, Discovery Evidence, and Facts of the case provide Plaintiff with likelihood of success on merits.

2. Defendant R. Escamilla is no longer an employee of Wackenhut Corrections Corporation and unless Temporary Restraining Order to Freeze Assets is issued, Plaintiff cannot recover Compensation/Punitive Damages.

3. Temporary Restraining Order to Freeze Assets presents no Hardships/Damage to Defendant; only serves to maintain status quo until disposition of proceedings.

4. Issuance of Temporary Restraining Order to Freeze Assets is a private matter and it will not disserve public interest.

## Certificate of Service

I do hereby certify that on this 22nd day of September 2001, copies of the Foregoing document was served upon the following Counsel of Record Mrs. Linda M. Kearney, 800 N. Shoreline, Suite 800, Corpus Christi, Texas, 78301, and the United States District Court, Brownsville Division by depositing the same in the United States Mail.

Thomas Titus Tory #378779

Lynaugh Unit

Rt. 1, Box 150 / D112

Ft. Stockton, Texas 79735