United States District Court

For The Southern District of Texas

Brownville Division



Thomas Titus Tory, #378779
Plaintiff

V.                                                                Civil Action No. B-00-051

R. Excamilla, Defendant

David Forest, Defendant

Wackenhut Corrections Corporation, Defendant

Request for Production of Documents

Plaintiff requests that this Court order Warden David Forest of the Willacy State Jail to produce by the Unites States Mail Service and Permit Plaintiff to inspect and copy each of the following documents within 30 days pursuant to F.R.C.P. 34.

Plaintiff requests the following documents pursuant to Texas Department of Criminal Justice Use of force Plan in the Use of force incident that caused Plaintiff's injuries at the Willacy State Jail on September 20, 1999, at 1:00 a.m.

1. Use of Force - 1  All Employee Participant Statements.

2. Use of Force - 2  All Witness Statements (employees and offenders).

3. Use of Force - 6  Supervisor Summary of Incident.

4. Use of Force - 7  Quality Improvement Review.

5. Use of Force - 9  Employee Use of Force Fact – Finding Inquiry.

6. Use of Force -10 Document Checklist.

7. PERS - 185 Hearing, Reprimand, or Justification Form.

## Certificate of Service

I do hereby certify that on this 22nd day of September 2001, copies of the foregoing documents were served upon the following Counsel of Record Mrs. Linda M. Kearney, 800 N. Shoreline, Suite 800, Corpus Christi, Texas 78401, and the United States District Court, Brownsville Division by depositing the same in the United States Mail.

*Thomas Titus Tory*

Thomas Titus Tory #378779

Lynaugh Unit

Rt. 1, Box 150 / D112

Ft. Stockton, Texas 79735