

United States District Court
Southern District of Texas
FILED

SEP 2 5 2001

Michael N. Milby
Clerk of Court

United States District Court

For The Southern District of Texas

Brownsville Division

Thomas Titus Tory #378779
Plaintiff,

V.                                                          Civil Action No. B-00-051

R. Escamilla, Defendant

David Forest, Defendant

Wackenhut Corrections Corporation, Defendant

Motion for Order Compelling Discovery

   Plaintiff requests that this Court compel the a foregoing defendants to produce by United

States Mail service and permit Plaintiff to inspect and copy each of the following documents

within 30 days pursuant to F.R.C.P. 37.

   Plaintiff also states he has attempted to accrue these documents through Motion for

Discovery, but Defendants have refused to comply.

2.  Name/Address of Doctor who treated Plaintiff's injuries at Willacy State Jail on September
    20, 1999.

3.  Photographs taken of area that Plaintiff's injuries occurred i.e., bed, pillow, mattress, floor,
    and walls.

4.  Dormitory Monitoring Camera Video taken on September 20, 1999 at 1:00 a.m. in 3-C
    Housing.

7.  Disciplinary Reports of all Offenders involved in altercation that caused Plaintiff's injuries.

12. Present the record of R. Escamilla's Disciplinary and Termination/Resignation of Employment at the Willacy State Jail. According to the Texas Government Code 552.021 Plaintiff is entitled to all public information except addresses, telephone, and social security numbers, Texas Government Code 552.117.

13. "Dates Only" of all fights, assaults, attacks, or riots that have occurred in Willacy State Jail after Rack Time hours.

Certificate of Service

I do hereby certify that on this _22nd_ day of _September_ 2001, copies of the foregoing documents were served upon the following Counsel of Record Mrs. Linda M. Kearney, 800 N. Shoreline, Suite 800, Corpus Christi, Texas 78401, and the United State District Court, Brownsville Division by depositing the same in the United States Mail.

Thomas Titus Tory #378779

Lynaugh Unit

Rt. 1, Box 150 / D112

Ft. Stockton, Texas 79735