
IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THOMAS TITUS TORY | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| WACKENHUT CORRECTIONS, | § | CIVIL ACTION B-00-051 |
| CORPORATION, DAVID FORREST, | § | |
| R. ESCAMILLA, CORRECTIONAL | § | |
| OFFICER | § | |
| Defendants | § | |

**DEFENDANT ESCAMILLA'S RESPONSE TO PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Escamilla, in the above referenced cause and file this his Response to Plaintiff's Motion for Restraining Order. In support thereof, Defendant Escamilla would show the Court as follows:

1. This is an inmates civil rights action brought pursuant to 42 U.S.C. § 1983 against Defendant Escamilla for deliberate indifference for allegedly failing to protect Plaintiff from harm inflicted by other inmates.

2. At the time of incident at issue in this case, Defendant Escamilla was employed as a correctional officer by Wackenhut Corrections Corporation at the Willacy State Jail in Willacy County.

3. Since that time Defendant Escamilla has resigned his employment from Wackenhut Corrections Corporation to pursue other employment opportunities. Defendant

Escamilla's former employer, Wackenhut Corrections Corporation, and/or its insurance carrier is providing Defendant Escamilla with a defense and indemnification in this case since Plaintiff's allegations arise from actions allegedly taken while Defendant Escamilla was in the course and scope of his employment with Wackenhut Corrections Corporation.

4. Plaintiff seeks in his Motion For Temporary Restraining Order to have any and all of Defendant Escamilla's personal assets frozen until the disposition of the above referenced cause.

5. Plaintiff's Motion for Temporary Restraining Order fails to comply with the requirements of Federal Rules of Civil Procedure 65(b) in that:

 a. It is not accompanied by an affidavit based on personal knowledge or by a verified complaint;

 b. Does not state that Plaintiff has a substantial likelihood of success on the merits;

 c. Does not state that a temporary restraining order is necessary to prevent an irreparable injury or that the threatened harm outweighs the harm a temporary restraining order would inflict on Defendant Escamilla. *Ingram v. Ault*, 50 F.3d 398, 900 (11th Cir. 1995); and

 d. Does not state the Plaintiff's willingness to post bond.

6. As a result of the indemnification given to Defendant Escamilla from Wackenhut Corrections Corporation, any judgment in this case would not be satisfied

through personal assets of Defendant Escamilla.

7.   Furthermore, many of the assets sought frozen (i.e. real and personal property) of Defendant Escamilla would be exempt from any judgment.

8.   Finally, seeking to freeze all of the assets of Defendant Escamilla would cause irreparable and insurmountable hardships in numerous ways, including taking away the means he has to support himself on a daily basis.

9.   Based upon the foregoing, Defendant Escamilla requests that this Court deny Plaintiff's Motion for Temporary Restraining Order.

WHEREFORE, PREMISES CONSIDERED, Defendant Escamilla respectfully requests that this Court deny Plaintiff's Motion for Temporary Restraining Order and grant Defendant Escamilla any other relief to which this Court deems he is justly entitled.

Respectfully submitted,

By: /s/ Linda M. Kearney
Linda M. Kearney
Federal I.D. No. 18425
State Bar No. 00787811

One Shoreline Plaza
P. O. Box 2968
Corpus Christi, TX 78403-2968
(512) 880-5835 - Office
(512) 880-5844 - Fax

ATTORNEYS FOR ESCAMILLA

OF COUNSEL:

**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (512) 880-5808
Facsimile: (512) 880-5844

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested to Mr. Thomas Titus Tory in accordance with Rule 5(d) of the Federal Rules of Civil Procedure, on the 28th day of September, 2001.

Mr. Thomas Tory #378779
Lynaugh Unit
Rt. 1 Box 150/D112
Ft. Stockton, Texas 79735

*CERTIFIED MAIL RRR*
*NO. 7000 0520 0022 2032 8108*

*Linda M. Kearney*

wp\s: wackenhut\Tory\Response