

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| THOMAS TITUS TORY § | |
| § | |
| V. § | CIVIL ACTION NO: 00-CV-51 |
| § | Judge: Felix Recio |
| R. ESCAMILLA § | |

## MOTION TO WITHDRAW AS NAMED COUNSEL FOR DEFENDANT R. ESCAMILLA

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Flowers Davis, P.L.L.C., Counsel for Defendant, and files this Motion to inform the Court that Flowers Davis inadvertently appeared on behalf of Defendant R. Escamilla in the above-referenced matter. Linda M. Kearney of Corpus Christi, Texas also appeared on behalf of Defendant R. Escamilla. Ms. Kearney is the attorney of record for Defendant R. Escamilla, and Flowers Davis moves the Court to withdraw as named counsel for Defendant R. Escamilla. Defendant Defendant R. Escamilla will not be prejudiced by the withdrawal of Flowers Davis. As indicated in the Certificate of Conference below, the undersigned has conferred with Ms. Kearney regarding the merits of this motion, and she is in agreement.

**WHEREFORE, PREMISES CONSIDERED,** Flowers Davis respectfully requests that the Court grant its Motion to Withdraw Flowers Davis as named counsel for Defendant R. Escamilla and for such other and further relief, either at law or in equity, to which Defendant R. Escamilla may be justly entitled.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
815 Rice Road
Tyler, Texas  75703
903/534-8063
903/534-1650 Facsimile

*Robert S. Davis/CK* (by permission)
Robert S. Davis
State Bar No. 05544200

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant is unable to contact Plaintiff regarding the contents of this motion as he is, *pro se*, and incarcerated.  Counsel for Defendant has conferred with Linda Kearney, attorney of record for Defendant, and she is in agreement with this Motion.

_____
Robert S. Davis

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause this the 22nd day of October, 2001, in the following manner:

___   Via Facsimile

_/_   Via Certified Mail, Return Receipt Requested _____

___   Via First Class Mail

___   Via Hand Delivery

Thomas Titus Tory
#378779
Lynaugh Unit
Route 1 Box 150
Fort Stockton, Texas 79735

Linda M. Kearney
800 North Shoreline, Suite 800
Corpus Christi, Texas 78401

_Robert S. Davis/CK_ (by permission)
Robert S. Davis