IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THOMAS TITUS TORY | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| WACKENHUT CORRECTIONS, | § | CIVIL ACTION B-00-051 |
| CORPORATION, DAVID FORREST, | § | |
| R. ESCAMILLA, CORRECTIONAL | § | |
| OFFICER | § | |
|     Defendants | § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

BE IT REMEMBERED that on this day came on to be heard Plaintiff's Motion for Temporary Restraining Order and the Court, after considering the pleadings, authorities presented, evidence, and arguments of counsel, is of the opinion that Plaintiff's Motion for Temporary Restraining Order should be DENIED.

SIGNED this 25th day of October, 2001.

_____
UNITED STATES DISTRICT JUDGE