43

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THOMAS TITUS TORY | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| WACKENHUT CORRECTIONS, | § | CIVIL ACTION B-00-051 |
| CORPORATION, DAVID FORREST, | § | |
| R. ESCAMILLA, CORRECTIONAL | § | |
| OFFICER | § | |
| Defendants | § | |

**ORDER DENYING PLAINTIFF'S MOTION FOR
ORDER COMPELLING DICOVERY**

BE IT REMEMBERED that on this day came on to be heard Plaintiff's Motion for Order Compelling Discovery and the Court, after considering the pleadings, authorities presented, evidence, and arguments of counsel, is of the opinion that Plaintiff's Motion for Order Compelling Discovery should be DENIED.

SIGNED this 25th day of October, 2001.

_____
UNITED STATES DISTRICT JUDGE