

United States District Court
For the Southern District Of Texas
Brownsville Division

NOV 1 4 2001

Michael N. Milby
Clerk of Court

Thomas Titus Tory #378779
Plaintiff,

v.  Civil Action No. B-00-051

R. Escamilla, Defendant
David Forest, Defendant
Wackenhut Corrections Corporation, Defendant

Motion for Order Compelling Discovery

Plaintiff requests that this Court compel the a foregoing Defendants to produce by United States Mail Service and permit Plaintiff to inspect and copy each of the following documents within 30 days pursuant to F.R.C.P. 37.

Plaintiff states he has attempted to accrue these documents through Motion For Discovery, but Defendants have refused to comply.

Plaintiff requests the following documents pursuant to Texas Department of Criminal Justice Use of Force Plan in the Use of Force incident that caused Plaintiffs' injuries at the Willacy State Jail on September 20, 1999, at 1:00 am.

1. Use of Force - 1 All Employee Participant Statements.
2. Use of Force - 2 All Witness' Statements (Employees and Offenders).

3. Use of Force - 6 Supervisor's Summary of Incident.

4. Use of force - 7 Quality Improvement Review.

5. Use of Force - 9 Employee Use of Force - Fact Inquiry.

6. Use of Force - 10 Document Checklist.

7. PERS -185 Hearing, Reprimand, or Justification Form.

Certificate of Service

I do hereby certify that on this 7th day of November 2001, copies of the foregoing documents were served upon the following Counsel of Record Mrs. Linda M. Kearney, 800 N. Shoreline, Suite 800, Corpus Christi, Texas 78401, and the United States District Court, Brownsville Division by depositing the same in the United States Mail.

*Thomas Titus Tory*

Thomas Titus Tory #378779
Lynaugh Unit
Rt. 1, Box 150 / N-49
Ft. Stockton, TX  79735