


IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THOMAS TITUS TORY | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| WACKENHUT CORRECTIONS, | § | CIVIL ACTION B-00-051 |
| CORPORATION, DAVID FORREST, | § | |
| R. ESCAMILLA, CORRECTIONAL | § | |
| OFFICER | § | |
|     Defendants | § | |

### DEFENDANT ESCAMILLA'S RESPONSE TO PLAINTIFF'S MOTION FOR ORDER COMPELLING DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Escamilla in the above referenced matter and files this his Response to Plaintiff's Motion for Order Compelling Discovery. In support thereof, Defendant Escamilla would show the Court as follows:

1. This is an inmates civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff alleges that Defendant Escamilla acted with deliberate indifference towards him in allegedly failing to protect him from harm inflicted upon him by other inmates.

2. The Plaintiff was confined at the Willacy State Jail in Willacy County at the time of the incident made the basis of this lawsuit.

3. The Motion for Order Compelling Discovery indicates that it is filed against all named Defendants, however, the only Defendant who has been served with summons and who has appeared in this case is Defendant Escamilla. Therefore, any Motion to Compel

Discovery from named Defendants Forrest or Wackenhut Corrections Corporation is premature.

4. The discovery request that plaintiff asked this Court to compel was never made on Defendant Escamilla. The list of seven documents requested by Plaintiff in the Motion for Order Compelling Discovery, were requested by Plaintiff in Request for Production of Documents directed solely to Warden David Forrest of the Willacy State Jail who has not appeared in this case.

5. The documents sought by Plaintiff in the Motion for Order Compelling Discovery are not within the custody, control or possession of Defendant Escamilla.

6. Based on the foregoing, Defendant Escamilla requests that this Court deny Plaintiff's Motion for Order Compelling Discovery.

WHEREFORE, PREMISES CONSIDERED, Defendant Escamilla respectfully requests that this Court deny Plaintiff's Motion for Order Compelling Discovery and grant Defendant any other relief to which this Court deems he is justly entitled.

Respectfully submitted,

By: *Linda M. Kearney*
Linda M. Kearney
Federal I.D. No. 18425
State Bar No. 00787811

One Shoreline Plaza
P. O. Box 2968
Corpus Christi, TX 78403-2968
(512) 880-5835 - Office
(512) 880-5844 - Fax

ATTORNEYS FOR ESCAMILLA

OF COUNSEL:
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (512) 880-5808
Facsimile: (512) 880-5844

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested to Mr. Thomas Titus Tory in accordance with Rule 5(d) of the Federal Rules of Civil Procedure, on the 20th day of November, 2001.

Mr. Thomas Tory #378779  
Lynaugh Unit  
Rt. 1 Box 150/D112  
Ft. Stockton, Texas 79735

*CERTIFIED MAIL RRR*  
*NO. 7000 1530 0004 2492 9415*

Linda M. Kearney

wp\s. wackenhut\Tory\Response