IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 3 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THOMAS TITUS TORY | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| WACKENHUT CORRECTIONS, | § | CIVIL ACTION B-00-051 |
| CORPORATION, DAVID FORREST, | § | |
| R. ESCAMILLA, CORRECTIONAL | § | |
| OFFICER | § | |
|     Defendants | § | |

### DEFENDANT R. ESCAMILLA'S MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, R. Escamilla, and files this his Motion for Extension of Time to File a Dispositive Motion in the above referenced matter. In support thereof, Defendant R. Escamilla would show the Court as follows:

1. This case is currently set for jury selection on March 8, 2002. It is a civil rights lawsuit filed by Plaintiff Thomas Titus Tory *pro se* and *in forma pauperis* complaining that Defendant R. Escamilla was deliberately indifferent towards him in violation of the Eighth Amendment by failing to protect him from other inmates.

2. Defendant would show that Plaintiff, while incarcerated at the Willacy State Jail, participated in the disturbance in his housing unit at issue in the case and that during the disturbance he sustained *de minimus* injuries. Defendant R. Escamilla was working as the picket officer in the housing area at the time of the disturbance and responded promptly to

the disturbance by calling for help from other officers.

3. On August 27, 2001, the Court issued an Amended Scheduling Order stating that dispositive motions are to be filed by December 3, 2001. This case is appropriate for a dispositive motion and counsel for Defendant is working on preparing such a motion. However, due to other time constraints as well as having time out of the office for doctors appointments since the undersigned is due to have a baby in December 2001, Defendant will be unable to complete the dispositive motion by December 3, 2001.

4. Based on the foregoing, Defendant R. Escamilla respectfully requests a thirty (30) day extension to file a dispositive motion so that the dispositive motion deadline be extended to January 3, 2002. This is the first request for extension of any type filed by Defendant R. Escamilla and is not done for purposes of delay, but so that justice can be done.

WHEREFORE, PREMISES CONSIDERED, Defendant R. Escamilla prays that this Court grant his Motion for Extension of Time to File a Dispositive Motion and extend the deadline for filing of dispositive motions to January 3, 2002 and grant Defendant R. Escamilla any other relief to which this Court deems he is justly entitled.

Respectfully submitted,

By: /s/ Linda M. Kearney
Linda M. Kearney
Federal I.D. No. 18425
State Bar No. 00787811
One Shoreline Plaza
P. O. Box 2968
Corpus Christi, TX 78403-2968
(512) 880-5835 - Office
(512) 880-5844 - Fax

ATTORNEYS FOR ESCAMILLA

OF COUNSEL:
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (512) 880-5808
Facsimile: (512) 880-5844

## CERTIFICATE OF CONFERENCE

Plaintiff is *pro se* and currently incarcerated in the Texas Department of Criminal Justice, Institutional Division. It is therefore not practical to confer with Plaintiff regarding this motion. I assume Plaintiff will oppose the motion.

Linda M. Kearney

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested to Mr. Thomas Titus Tory in accordance with Rule 5(d) of the Federal Rules of Civil Procedure, on the 29th day of November, 2001.

Mr. Thomas Tory #378779  
Lynaugh Unit  
Rt. 1 Box 150/D112  
Ft. Stockton, Texas 79735

*CERTIFIED MAIL RRR*  
*NO. 7000 1530 0004 2492 9514*

Linda M. Kearney

wp\s: wackenhut\Tory\Response