**MAIL**

United States District Clerk

Clerk: Michael Milby

600 E. Harrison St.

Brownsville, Texas 78522

DEC 2 0 2001
I:01 am uA
Michael N. Milby, Clerk

United States District ?:
Southern District of T--
FILED

DEC 2 0 2001

Michael N. Milby
Clerk of Court

Thomas Titus Tory #328779

Jester III unit

Richmond, Texas 77469

December 14, 2001

In re: Change of address
Civil Action No. B-00-051

Dear Sir,
Please be advised of the change of
address in the above mention civil action
and forward all correspondence to the abo
address. Thanking you in advance.

Thomas J. Tory