49

United States District Court
For the Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

JAN 0 8 2002

Michael N. Milby
Clerk of Court

Thomas Titus Tory #378779
Plaintiff,

V.                                                              Civil Action No. B-00-051

R. Escamilla
Defendant

## Motion for Subpoena of Documents

Comes now Plaintiff, Thomas Titus Tory and requests that this Court issue this subpoena and command Defendant's to produce and permit inspection and copying of the following Documents by U.S. Mail Service within 30 days pursuant to F.R.C.P. 45.

Plaintiff asserts he has diligently tried to accrue these Documents through Motion Requesting Production of Documents filed on September 22, 2001, and Motion to Compel Discovery filed on November 7, 2001, which the Defendant has refused to cooperate with the provisions governing Discovery pursuant to F.R.C.P. 26.

Plaintiff would also show that Plaintiff and Defendant have agreed upon a scheduling order; and the following requested documents are essential to meet the deadlines of that order.

Plaintiff requests the following documents pursuant to Texas Department of Criminal Justice Use of Force Plan in the Use of Force incident that caused Plaintiff's injuries at the Willacy State Jail on September 20, 1999, at 1:00 a.m.

1. Use of Force – 1  All Employee Participant Statements.

2. Use of Force – 2  All Witness Statements (Employees and Offenders).

3. Use of Force – 6  Supervisor Summary of Incident

4. Use of Force – 7  Quality Improvement review.

5. Use of Force – 9  Employee Use of Force – Fact Finding Inquiry.

6. Use of Force – 10 Document Checklist

7. Use of Force.   PERS – 185 Hearing Reprimand or Justification Form.

## Certificate of Service

I do hereby certify that on this 3rd day of January 2002 copies of the foregoing documents were served upon the following Counsel of Record Mrs. Linda M. Kearney, 800 N. Shoreline, Suite 800, Corpus Christi, Texas 78401, and the United States District Court, Brownsville Division by depositing the same in the United States Mail.

*Thomas Titus Tory*
Thomas Titus Tory #378779
Jester III Unit
Richmond, Texas 77469

34

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

THOMAS TITUS TORY                           §

           VS                               §    C.A. NO. B-00-051
                                                      (636(c))
R. ESCAMILLA, CORRECTIONAL OFFICER,         §
Willacy County Jail

United States District Court
Southern District of Texas
ENTERED
AUG 27 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

### AMENDED SCHEDULING ORDER

1.  Trial: Estimated time to try: __3-4__ days.                    ☐ Bench    ☒ Jury

2.  New parties must be joined by:                                 **September 24, 2001**
    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff(s)' experts will be named with a report furnished by: **October 29, 2001**

4.  The defendant(s)' experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff(s)' expert.  **December 03, 2001**

5.  Discovery must be completed by:                                **January 28, 2002**
    *Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the Court. No continuances will be granted because of
    information acquired in post-deadline discovery.*

********************   The court will provide these dates.   ************************

6.  Dispositive Motions will be filed by:                          **December 03, 2001**

7.  Joint pretrial order is due:                                   **February 15, 2002**
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.  Docket call and final pretrial conference before Judge Tagle
9.  is set for 2:00 p.m. on:                                       **March 07, 2002**
    *The case will remain on standby until tried.*

10. The jury selection before Judge Recio is set for 9:00 a.m. on: **March 08, 2002**

The case will remain on standby until tried.

Signed **August 23, 2001**, at Brownsville, Texas.

                                                   _____
                                                   Felix Recio
                                                   United States Magistrate Judge