50

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 25 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THOMAS TITUS TORY | * | |
| VS | * | CIVIL ACTION B-00-051 (636(c)) |
| R. ESCAMILLA, CORRECTIONAL OFFICER, Willacy State Jail | * * | |

# ORDER

Since the Plaintiff, THOMAS TITUS TORY, is appearing pro se, the Clerk is hereby ORDERED to issue a writ ad testificandum for Plaintiff's appearance at the final pretrial trial on March 7, 2002, and for jury selection and trial on March 8, 2002.

DONE at Brownsville, Texas, this 25th day of January 2002.

_____
Felix Recio
United States Magistrate Judge