

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 0 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THOMAS TITUS TORY<br>    Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION B-00-051 |
| R. ESCAMILLA, CORRECTIONAL OFFICER<br>    Defendants | § § § | |

### DEFENDANT R. ESCAMILLA'S MOTION FOR CONTINUANCE OF THE FINAL PRE-TRIAL CONFERENCE AND TRIAL WITH BRIEF IN SUPPORT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, R. Escamilla, in the above-referenced matter and files this his Motion for Continuance of the Final Pre-trial Conference and Trial with Brief in Support. In support thereof, Defendant would show the Court as follows:

1. The underlying action is an inmate civil rights lawsuit brought *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983, wherein Plaintiff alleges Defendant Escamilla acted with deliberate indifference towards him in allegedly failing to protect him from harm allegedly inflicted on Plaintiff by other inmates during a disturbance in which Plaintiff was a participant.

2. This case is currently set for a Final Pre-trial Conference on March 7, 2002 and jury trial beginning March 8, 2002.

3. On or about January 2, 2002, Defendant Escamilla filed his Motion to Dismiss

and/or Motion for Summary Judgment seeking dismissal of all claims brought against him with prejudice.

4. Defendant R. Escamilla's Motion to Dismiss and/or Motion for Summary Judgment has been on file for more than twenty one (21) days and no response has been filed by Plaintiff. The Motion is currently pending.

5. Defendant believes his Motion to Dismiss and/or Motion for Summary Judgment is meritorious and requests that the final pre-trial conference and jury trial of this matter be continued until after an order is issued on the Motion.

6. This is the first Motion for Continuance sought by Defendant. The continuance is not sought for purposes of delay, but is sought for individual economy and in the interest of justice.

WHEREFORE, PREMISES CONSIDERED, Defendant R. Escamilla prays that this Court grant his first Motion for Continuance of the Final Pre-trial Conference and Trial Setting and continue these settings until after an order is issued on Defendant R. Escamilla's Motion to Dismiss and/or Motion for Summary Judgment. Defendant R. Escamilla further prays for any other relief to which this Court deems he is justly entitled.

Respectfully submitted,

By: /s/ Linda M. Kearney
Linda M. Kearney
Federal I.D. No. 18425
State Bar No. 00787811
One Shoreline Plaza
P. O. Box 2968
Corpus Christi, TX 78403-2968
(512) 880-5835 - Office
(512) 880-5844 - Fax

ATTORNEYS FOR ESCAMILLA

OF COUNSEL:
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (512) 880-5808
Facsimile: (512) 880-5844

## **CERTIFICATE OF CONFERENCE**

Plaintiff is currently incarcerated and therefore, it is impractical to confer with Plaintiff regarding this motion. Therefore, we assume Plaintiff will oppose this motion.

*Linda M. Kearney*
Linda M. Kearney

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested to Thomas Titus Tory, Jester III Unit, Richmond, TX 77469 in accordance with Rule 5(d) of the Federal Rules of Civil Procedure, on the ___6th___ day of February, 2002.

*Linda M. Kearney*
Linda M. Kearney