# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**54**

FEB 0 8 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| THOMAS TITUS TORY | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-00-051 |
| | * | (636(c)) |
| R. ESCAMILLA, CORRECTIONAL | * | |
| OFFICER, Willacy State Jail | * | |

United States District Court
Southern District of Texas

FEB 1 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## O R D E R

The Plaintiff, THOMAS TITUS TORY, shall respond to Defendant's Motion to
Dismiss and/or Motion for Summary Judgment on or before February 15, 2002.  Failure to
respond will result in the granting of said motion.

DONE at Brownsville, Texas, on 8th day of February **2002.**

Felix Recio
United States Magistrate Judge