55

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THOMAS TITUS TORY, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-051 |
| | § | |
| R. ESCAMILLA, CORRECTIONAL | § | |
| OFFICER | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendant's Motion for Continuance of the Final Pre-Trial Conference and Trial (Docket No. 53).

After considering the pleadings, authorities presented, evidence, and arguments of counsel, it is the Court's opinion that Defendant R. Escamilla's Motion for Continuance should be GRANTED until such time as the Court rules on the Defendant's pending Motion for Summary Judgment (Docket No. 48). The writ of habeas corpus ad testificandum issued on January 25, 2002, is hereby set aside.

DONE at Brownsville, Texas this 14th day of February, 2002.

Felix Recio
United States Magistrate Judge