IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THOMAS TITUS TORY § | |
| Plaintiff § | |
| § | |
| VS. § | |
| § | CIVIL ACTION B-00-051 |
| R. ESCAMILLA, CORRECTIONAL § | |
| OFFICER § | |
| Defendants § | |

### DEFENDANT R. ESCAMILLA'S ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, R. Escamilla, in the above-referenced matter and files this his Advisory to the Court. In support thereof, Defendant would show the Court as follows:

1. The Plaintiff, Thomas Titus Tory, filed this civil rights lawsuit *pro se* and *in forma pauperis* against correctional officer R. Escamilla alleging that Mr. Escamilla violated his civil rights while Plaintiff was confined as an inmate in the Willacy State Jail operated by Wackenhut Corrections Corporation. Plaintiff essentially claims that Defendant failed to protect him.

2. On January 3, 2002, Defendant Escamilla filed a Motion to Dismiss and/or Motion for Summary Judgment. On February 8, 2002 this Court issued an order requiring the Plaintiff to respond to Defendant's Motion to Dismiss and/or Motion for Summary Judgment on or before February 15, 2002 and that his failure to respond would result in the granting of said Motion.

3. In reviewing the docket entries in this matter, it appears that on February 19,

2002 Plaintiff filed a response to the Motion for Summary Judgment. However, as of this date no such response has been received by counsel for Defendant.

4. Since the Plaintiff did not send a copy of the response to the Defendant as required, the Defendant has no opportunity to determine whether a reply would be appropriate, and, if so, file such a reply.

Respectfully submitted,

By: /s/ Linda M. Kearney
Linda M. Kearney
Federal I.D. No. 18425
State Bar No. 00787811
One Shoreline Plaza
P. O. Box 2968
Corpus Christi, TX 78403-2968
(512) 880-5835 - Office
(512) 880-5844 - Fax

ATTORNEYS FOR ESCAMILLA

OF COUNSEL:
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (512) 880-5808
Facsimile: (512) 880-5844

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested to Thomas Titus Tory, Jester III Unit, Richmond, TX 77469 in accordance with Rule 5(d) of the Federal Rules of Civil Procedure, on the ___7th___ day of March, 2002.

*Linda M. Kearney*
Linda M. Kearney