UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 23 2002

Michael N. Milby
Clerk of Court

THOMAS TITUS TORY       *
(No. 378779)
  VS                    *   C.A. NO. B-00-051
                            (636(c))
R. ESCAMILLA            *

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: Warden, Texas Department of Criminal Justice, Jester III Unit, Richmond, Texas

United States Marshal, Southern District of Texas, or any other authorized United States Marshal

GREETING:

We command that you have the body of THOMAS TITUS TORY, now duly committed to the custody of the Warden, TDCJ, Jester III Unit, Richmond, Texas, under safe and secure conduct before the United States District Court for the Southern District of Texas, Brownsville Division, at Brownsville, Texas, on March 7, 2002, at 2:00 p.m., for final pretrial and on March 8, 2002, 9:00 a.m., for jury selection and trial thereafter, there and at that time to testify in the above-styled and numbered cause of action, and after having so testified and been duly discharged by the Court, to return the said THOMAS TITUS TORY, to the custody of the Warden, TDCJ, Jester III Unit, Richmond, Texas, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Felix Recio, United States Magistrate Judge, United States District Court for the Southern District of Texas, and the seal of the said Court at Brownsville, Texas, this 25th day of January 2002.

Michael L. Milby, CLERK
United States District Court
Southern District of Texas

BY: _L. M. Villareal_
                (Deputy)

Return unexecuted as per attached court order.

Robert Aguilar, DUSM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THOMAS TITUS TORY,<br>Plaintiff, | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-00-051 |
| | § | |
| R. ESCAMILLA, CORRECTIONAL<br>OFFICER<br>Defendants. | §<br>§<br>§ | |

## ORDER

Before the court is Defendant's Motion for Continuance of the Final Pre-Trial Conference and Trial (Docket No. 53).

After considering the pleadings, authorities presented, evidence, and arguments of counsel, it is the Court's opinion that Defendant R. Escamilla's Motion for Continuance should be GRANTED until such time as the Court rules on the Defendant's pending Motion for Summary Judgment (Docket No. 48). The writ of habeas corpus ad testificandum issued on January 25, 2002, is hereby set aside.

DONE at Brownsville, Texas this 19th day of February, 2002.

Felix Recio
United States Magistrate Judge